Paul William Beltz, PC v Foley (2025 NY Slip Op 03488)

Paul William Beltz, PC v Foley

2025 NY Slip Op 03488

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, GREENWOOD, NOWAK, AND KEANE, JJ.

493 CA 24-00540

[*1]PAUL WILLIAM BELTZ, PC, AND PAUL WILLIAM BELTZ, LLC, PLAINTIFFS-APPELLANTS,
v
STEPHEN R. FOLEY AND STEVE FOLEY LAW FIRM, DEFENDANTS-RESPONDENTS.  CATHERINE BELTZ FOLEY, NONPARTY RESPONDENT. (APPEAL NO. 1.) 

SCHRODER, JOSEPH & ASSOCIATES, LLP, BUFFALO (LINDA H. JOSEPH OF COUNSEL), FOR PLAINTIFFS-APPELLANTS. 
PHILLIPS LYTLE LLP, BUFFALO (SEAN C. MCPHEE OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 
 

 Appeal from an order of the Supreme Court, Erie County (Raymond W. Walter, J.), entered March 8, 2024. The order, insofar as appealed from, denied in part the motion of plaintiffs to, inter alia, compel disclosure. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: June 6, 2025
Ann Dillon Flynn
Clerk of the Court